Klein v Wiley (2025 NY Slip Op 04714)

Klein v Wiley

2025 NY Slip Op 04714

Decided on August 20, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 20, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
PAUL WOOTEN
LOURDES M. VENTURA
DONNA-MARIE E. GOLIA, JJ.

2023-01437
 (Index No. 6056/19)

[*1]Gregory Klein, etc., appellant,
v
Edwin Wiley, etc., et al., respondents.

Fabricant Lipman & Frishberg, PLLC, Goshen, NY (Neal D. Frishberg of counsel), for appellant.
Law Offices of Michael P. Pasquale, LLC, New York, NY, for respondents.

DECISION & ORDER
In a shareholder's derivative action, inter alia, to recover damages for waste of corporate assets and breach of fiduciary duty, the plaintiff/counterclaim defendant appeals from an order of the Supreme Court, Orange County (Craig Stephen Brown, J.), dated December 9, 2021. The order granted the defendants/counterclaim plaintiffs' motion for summary judgment dismissing the complaint.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of a judgment in the action on September 27, 2023 (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the judgment (see CPLR 5501[a][1]; Klein v Wiley, _____ AD3d _____ [Appellate Division Docket No. 2023-12328; decided herewith]).
DILLON, J.P., WOOTEN, VENTURA and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court